**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELITA SAMPLE, | No. C 10-05882 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK O'HARA, et al. | |
| Defendants. / | |

Defendants' motion to dismiss the complaint is granted with prejudice as to plaintiff Felita Sample's claims on her own behalf, and without prejudice as to any claims brought on behalf of plaintiff's daughter. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 13, 2011

SUSAN ILLSTON
United States District Judge